August 22, 2011

Your Honor,

My name is Richard Ngatcha Lenga. I appeared before you on August 15, 2011. I was represented by Mr. Richard Gardiner.

Sir, I would like to ask you if you can bring me back in front of you because at my hearing on August 15, 2011, I didn't fully understand what was going on. My English is not that good; by my understanding that the U.S. Attorney offered me a deal but my lawyer misguided me.

Your Honor, I am asking can you please bring me back in front of you so I can explain my situation to you. Thank you.

Richard Ngatcha Lenga