IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case Number 1:11-cr-294 (AJT) |
| | ) | |
| RICHARD LENGA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of defendant Richard Lenga's August 22, 2011 letter to this Court [Doc. No. 92] (the "Letter"), and in the absence of any response to or further filings regarding the Letter from counsel for defendant Lenga, it is hereby

ORDERED that counsel for defendant Lenga file, no later than Friday, October 7, 2011, an *ex parte* submission stating whether defendant Lenga's counsel believes he is in a position to continue representing defendant Lenga in this matter, including for the purposes of sentencing or other post-trial motions or requests for relief as may be warranted by the law and facts of this case.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 28, 2011